FILED BY MK DC

10-36992-AJC

RECEIVED BY ______ DC

2010 SEP -9 AM 11:12

CLERK
U.S. BANKRUPTCY CT.
SD OF FLA.
MIA-OFFICE

Certificate Number: 12459-FLS-CC-012240733

12459-FLS-CC-012240733

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 4, 2010, at 11:16 o'clock AM PDT, Gary Gruenberg received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Southern District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: September 7, 2010

By: /s/Laura M Ahart

Name: Laura M Ahart

Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).