# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:

Case No. 10-36992-AJC
Chapter 13

Gary & Sylvie Gruenberg

__________________Debtor___________/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[ ] Plaintiff [ ] Defendant [ x ] Debtor
[ ] Other

Date of Hearing/Trial: ____March 3, 2011

Type of Hearing/Trial: ____Evidentiary Hearing to Value Collateral

SUBMITTED BY: _______Gary & Sylvie Gruenberg

(Tel.) 305-491-3878

| **Exhibit Number/Letter** | **Description** |
|---|---|
| 1 | Sale Information |
| 2 | Sale Information |
| 3 | Miami-Dade Property Information Report |
| 4 | Miami-Dade Property Tax Notice |
| 5 | Miami Herald Condo Report |
| 6 | Miami Herald Condo Report |

Exhibit 1

# My Home



MIAMI-DADE

**Show Me:**

Property Information

**Search By:**

Select Item

Tax Info

Property Appraiser Tax Estimator

Property Appraiser Tax Comparison

**Summary Details:**

| | |
|---|---|
| Folio No.: | 28-2210-076-2060 |
| Property: | 1000 ISLAND BLVD 1109 |
| Mailing Address: | SAIDA COHEN<br><br>1000 ISLAND BLVD #1109 AVENTURA FL 33160- |

**Property Information:**

| | |
|---|---|
| Primary Zone: | 5000 MULTI-FAMILY, HIGH DENSITY RESIDENTIAL |
| CLUC: | 0007 RESIDENTIAL-CONDOMINIUM |
| Beds/Baths: | 3/2 |
| Floors: | 0 |
| Living Units: | 1 |
| Adj Sq Footage: | 1,880 |
| Lot Size: | 0 |
| Year Built: | 1990 |
| Legal Description: | 1000 ISL BLVD WILLIAMS ISL CONDO UNIT 1109 UNDIV 0.3517% INT IN COMMON ELEMENTS OFF REC 14786-752 OR 16837-1344 0695 1 |



Aerial Photography - 2009 0 152 ft

**Legend**

**Property Boundary**

**Selected Property**

**Street**

**Highway**

**Miami-Dade County**

**Water**

N W E S

My Home | Property Information | Property Taxes | My Neighborhood | Property Appraiser

ome | Using Our Site | Phone Directory | Privacy | Disclaimer

**If you experience technical difficulties with the Property Information application,**
**r wish to send us your comments, questions or suggestions please email us at** Webmaster.

Web Site
© 2002 Miami-Dade County.
All rights reserved.

**Assessment Information:**

| Year: | 2010 | 2009 |
|---|---|---|
| Land Value: | $0 | $0 |
| Building Value: | $0 | $0 |
| Market Value: | $211,720 | $302,460 |
| Assessed Value: | $211,720 | $302,460 |

**Taxable Value Information:**

| Year: | 2010 | 2009 |
|---|---|---|
| Taxing Authority: | Applied Exemption/ Taxable Value: | Applied Exemption/ Taxable Value: |
| Regional: | $0/$211,720 | $0/$302,460 |
| County: | $0/$211,720 | $0/$302,460 |
| City: | $0/$211,720 | $0/$302,460 |
| School Board: | $0/$211,720 | $0/$302,460 |

**Sale Information:**

| | |
|---|---|
| Sale Date: | 11/2009 |
| Sale Amount: | $250,000 |
| Sale O/R: | 27099-2781 |
| Sales Qualification Description: | Sales qualified as a result of examination of the deed |
| View Additional Sales | |

**Additional Information:**

Click here to see more information for this property:
Community Development District
Community Redevelopment Area
Empowerment Zone
Enterprise Zone
Zoning Land Use
Urban Development Boundary
Zoning
Non-Ad Valorem Assessments

Exhibit 2

**My Home**



MIAMI-DADE

**Show Me:**

Property Information

**Search By:**

Select Item

[illegible]

[illegible]

[illegible]

**Summary Details:**

| | |
|---|---|
| Folio No.: | [illegible] |
| Property: | 1000 ISLAND BLVD 1104 |
| Mailing Address: | SALVATORE RUSSO &W ANN MARIE RUSSO 67 EAST AVE LAWRENCE NY 11559- |



Aerial Photography - 2009 0 152 ft

**Legend**

**Property Boundary**
**Selected Property**
**Street**
**Highway**
**Miami-Dade County**
**Water**

N W E S

**Property Information:**

| | |
|---|---|
| Primary Zone: | 5000 MULTI-FAMILY, HIGH DENSITY RESIDENTIAL |
| CLUC: | 0007 RESIDENTIAL-CONDOMINIUM |
| Beds/Baths: | 3/2 |
| Floors: | 0 |
| Living Units: | 1 |
| Adj Sq Footage: | 1,880 |
| Lot Size: | 0 |
| Year Built: | 1990 |
| Legal Description: | 1000 ISL BLVD WILLIAMS ISL CONDO UNIT 1104 UNDIV 0.3517% INT IN COMMON ELEMENTS OFF REC 14786-752 F/A/U 30-2210-075-0750 |

**Assessment Information:**

| Year: | 2010 | 2009 |
|---|---|---|
| Land Value: | $0 | $0 |
| Building Value: | $0 | $0 |
| Market Value: | $220,650 | $315,220 |

My Home | Property Information | Property Taxes | My Neighborhood | Property Appraiser

...ome | Using Our Site | Phone Directory | Privacy | Disclaimer

**If you experience technical difficulties with the Property Information application,**
**r wish to send us your comments, questions or suggestions please email us at** Webmaster.

Web Site
© 2002 Miami-Dade County.
All rights reserved.

| | | |
|---|---|---|
| Assessed Value: | $220,650 | $315,220 |

**Taxable Value Information:**

| Year: | 2010 | 2009 |
|---|---|---|
| Taxing Authority: | Applied Exemption/ Taxable Value: | Applied Exemption/ Taxable Value: |
| Regional: | $0/$220,650 | $0/$315,220 |
| County: | $0/$220,650 | $0/$315,220 |
| City: | $0/$220,650 | $0/$315,220 |
| School Board: | $0/$220,650 | $0/$315,220 |

**Sale Information:**

| | |
|---|---|
| Sale Date: | 5/2009 |
| Sale Amount: | $260,000 |
| Sale O/R: | 26884-0798 |
| Sales Qualification Description: | Deeds to or executed by trustees in bankruptcy, executors, guardians, or receivers |
| View Additional Sales | |

**Additional Information:**

Click here to see more information for this property.
Community Development District
Community Redevelopment Area
Empowerment Zone
Enterprise Zone
Zoning Land Use
Urban Development Boundary
Zoning
Non-Ad Valorem Assessments

Exhibit 3

# My Home

MIAMI-DADE

## Property Information Report

### Summary Details:

| | |
|---|---|
| Folio No.: | |
| Property: | 1000 ISLAND BLVD 1009 |
| Mailing Address: | GARY D GRUENBERG<br><br>1000 ISLAND BLVD #1009 WILLIAMS ISLAND FL 33160-5613 |

### Property Information:

| | |
|---|---|
| Primary Zone: | 5000 MULTI-FAMILY, HIGH DENSITY RESIDENTIAL |
| CLUC: | 0007 RESIDENTIAL- CONDOMINIUM |
| Beds/Baths: | 3/2 |
| Floors: | 0 |
| Living Units: | 1 |
| Adj Sq Footage: | 1,930 |
| Lot Size: | 0 |
| Year Built: | 1990 |
| Legal Description: | 1000 ISL BLVD WILLIAMS ISL CONDO UNIT 1009 UNDIV 0.3517% INT IN COMMON ELEMENTS OFF REC 14786-752 F/A/U 30-2210-075-2040 |

### Assessment Information:

| Year: | 2010 | 2009 |
|---|---|---|
| Land Value: | $0 | $0 |
| Building Value: | $0 | $0 |
| Market Value: | $210,390 | $300,550 |
| Assessed Value: | $210,390 | $280,912 |

### Exemption Information:

| Year: | 2010 | 2009 |
|---|---|---|
| | $25,000 | $25,000 |
| | YES | YES |

### Taxable Value Information:

| Year: | 2010 | 2009 |
|---|---|---|
| Taxing Authority: | Applied Exemption/ Taxable Value: | Applied Exemption/ Taxable Value: |
| Regional: | $50,000/$160,390 | $50,000/$230,912 |
| County: | $50,000/$160,390 | $50,000/$230,912 |
| City: | $50,000/$160,390 | $50,000/$230,912 |
| School Board: | $25,000/$185,390 | $25,000/$255,912 |

### Sale Information:

| | |
|---|---|
| Sale Date: | 10/1996 |
| Sale Amount: | $0 |
| Sale O/R: | |

| | |
|---|---|
| Sales Qualification Description: | Sales which are disqualified as a result of examination of the deed |
| View Additional Sales | |

This report was created on 1/17/2011 12:22:38 PM for reference purposes only.

Web Site © 2002 Miami-Dade County. All rights reserved.

Miami-Dade County 07
Office of the Property Appraiser
111 NW 1 Street, Suite 710
Miami, Florida 33128-1984

NOTICE OF PROPOSED PROPERTY TAXES AND
PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS
MIAMI-DADE COUNTY TAXING AUTHORITIES

**DO NOT PAY**
**THIS IS NOT A BILL**

287211 A1

FOLIO: 28-2210-075-2040
MILLAGE CODE: 2800

07

GARY D GRUENBERG
1000 ISLAND BLVD #1009
WILLIAMS ISLAND, FL 33160-5613

**PROPERTY ADDRESS:**
1000 ISLAND BLVD 1009

**LEGAL DESCRIPTION:**
1000 ISL BLVD WILLIAMS ISL CONDO
UNIT 1009
UNDIV 0.3517%

**TAXING AUTHORITIES**

| TAX INFORMATION | COLUMN 1 | COLUMN 2 | | COLUMN 3 | COLUMN 4 If NO Budget Change is Adopted | | COLUMN 5 If Proposed Budget Change is Adopted | |
|---|---|---|---|---|---|---|---|---|
| TAXING AUTHORITY | Last Year's Taxable Value | Last Year's Tax Rate (millage) | Your Property Taxes Last Year | Current Taxable Value | Tax Rate (millage) | Taxes | Tax Rate (millage) | Taxes |
| COUNTY | | | | | | | | |
| TOTAL NON-AD VALOREM ASSESSMENTS [illegible] | | | | | | | | 0.00 |

**PROPERTY APPRAISER**

| VALUE INFORMATION | MARKET VALUE | ASSESSED VALUE School Levy | ASSESSED VALUE Non-School Levy |
|---|---|---|---|
| PRIOR VALUE (2009) | 300,550 | 280,912 | 280,912 |
| CURRENT VALUE (2010) | 210,390 | 210,390 | 210,390 |
| **ASSESSMENT REDUCTION** | **APPLIES TO** | **2009 REDUCTION AMOUNT** | **2010 REDUCTION AMOUNT** |
| Save Our Homes Benefit | All Taxes | 19,638 | 0 |
| **EXEMPTIONS** | **APPLIES TO** | **2009 EXEMPTION AMOUNT** | **2010 EXEMPTION AMOUNT** |
| First Homestead | All Taxes | 25,000 | 25,000 |
| Additional Homestead | Non-School Taxes | 25,000 | 25,000 |

If you feel the market value of the property is inaccurate or does not relect fair market value, or if you are entitled to an exemption or classification that is not reflected, please contact the Miami-Dade County Office of the Property Appraiser at: (786) 331-5321 111 NW 1 STREET 8TH FLOOR (8:30 AM TO 4:30 PM)
If the Property Appraiser is unable to resolve the matter as to the market value, classification, or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Petition forms are available online at http://www.miami-dadeclerk.com/property_vab.asp. Petitions must be filed on or before SEPT. 20, 2010

**Your final tax bill may contain non-ad valorem assessments which may not be reflected on this notice, such as assessments for road, fire, garbage, lighting, drainage, water, sewer, or other governmental services and facilities which may be levied by your county, city, or any special district.**

SEE REVERSE SIDE FOR EXPLANATIONS OF THE COLUMNS ABOVE.

PTX-6000
R. 07/2010

Exhibit 4

Exhibit 5

G H3
THURSDAY, FEB. 24, 2011
FINAL EDITION

REAL ESTATE

# Condos are hot again, but not the cost

■ South Florida saw existing home sales hit stride in January, with more than 2,500 condos sold. But the surge — the largest since 2005 — came amid drooping prices.

BY TOLUSE OLORUNNIPA
tolorunnipa@MiamiHerald.com

More than 2,500 socialites gathered last month for a series of condominium building launch parties, where the free-flowing liquor, Grammy-winning recording artists and glitz-filled atmosphere evoked memories of 2005.

The festive events belied the current turbulence in South Florida's weary real estate market but pointed to an intriguing reality: Even in today's economy, some condo buildings are posting respectable, even strong, sales figures.

The marketing minds behind the lavish soirees at projects like Ios on the Bay and Trump Hollywood are

REAL ESTATE

# Condominium sales begin the year with a surg

• CONDOS, FROM 1A

According to sales figures released Wednesday, buyers are snapping up South Florida's discounted condos at a pace that's also reminiscent of 2005, although prices are considerably lower, and still on the decline.

There were 1,262 sales of previously owned condos in Miami-Dade County in January, up 134 percent from the year before, the Miami Association of Realtors reported Wednesday. In Broward County, 1,318 condo sales represented an increase of 27 percent from January 2010. Both figures are the highest sales totals in the last five years.

Single-family home sales increased as well—up 55 percent to 676 in Miami-Dade and up 18 percent to 813 in Broward.

That 2011 began with such a large number of home sales bodes well for a market still trying to claw its way back from the bottom. While the region's glut of foreclosures is expected to put downward pressure on prices for many more months, strong sales volume and a swiftly dwindling supply of homes for sale could counter that. That

According to data crunched by Bal Harbour-based consultancy Condo Vultures, some of the top-selling new condo buildings —including Miami's Mint at Riverfront, Marquis Residences and Icon Brickell—are posting at least a couple dozen monthly sales, on average. In the broader market, sales of developer units are pumping along at a pace that bests last year, but with prices that are still slipping.

## THE FACTORS

Hosting parties and sharpening marketing strategies are only a part of what separates the top performers from the pack, said Alicia Cervera, a broker with Cervera Real Estate. Other important components: a building's pricing structure, availability of financing and its lineup of amenities.

"A building has to find its [niche]," Cervera said. "It's almost like a person. You could see two beautiful women—one has a date every night and the other can't find her way to a coffee shop."

Cervera added that the towers finding the most success in this market make a point to cater to a specific type of buyer, and that

struggling with double-digit unemployment and high rate of underwater mortgages, condo towers are looking to buyers from elsewhere to fill the void. Real estate brokers have been traveling to New York, Venezuela and other places to pitch South Florida's condo market and recruit buyers.

Sam Mandel, a retired New Yorker who plans to close on a two-bedroom unit at Canyon Ranch in Miami Beach on Thursday, is spending nearly $1 million for his unit.

At Canyon Ranch, which has seen its sales pace pick up recently and is planning a re-launch party for next month, all-cash buyers from New York and Brazil have helped prop up sales, said sales director Michael Sadov.

Mandel, who visited friends living in the building last year, said he was so impressed with the amenities and health classes offered that he decided to buy a unit without looking anywhere else.

"The apartments are beautiful and available, and of course, you know, they're really going at a big discount," he said.

But even at those buildings

condos to cut prices.

The median-priced condos in Miami-Dade sold for $91,200 in January, down 36 percent from the year before. In Broward, median condo prices were actually up 2 percent year-over-year to $68,900, but that number remains substantially below mid-decade peaks. Single-family prices continued their downward path in January, falling 18 percent in Miami-Dade to $150,800, and dropping 5 percent in Broward to $165,100.

## PRICING

Peter Zalewski, principal at Condo Vultures, said that even the top-performing buildings can't escape the impact of down-and-out prices across the region.

"It's like a bad sector with good companies," he said. "There are going to be buildings that are going to perform well in this market. The drawback is that they aren't going to be able to achieve the pricing that they would like."

Zalewski pointed out there is increasing competition for buyers among the large developers in the market. Most have already slashed prices, and further cuts might be

enough cash on hand
home without the help
said Jeff Moor, CEO o
Properties and a mem
ami's Master Brokers F

At Ios on the Bay, a 4
do project on Miami's
Bay, the availability of F
and FHA financing is a
sales are on the rise, M

"Financing is helpin
product," he said. "V
you're restricted to cash
that restricts buyers t
percent of the populati

At Mint, a 530-unit pr
over in 2009 by Starwo
led group ST Residenti
launched in Decembe
Mae approval has als
handy.

Mint has posted mon
sales in the last three m
ny of them involving
struction contract ho
were convinced to com
purchases. Most units
for between $200,
$500,000, or about $326
foot, on average, coun
showed.

"We priced [Mint] fo
day's market is and we'v

Exhibit 6

BUSINESS 10B

The Miami Herald FRIDAY, FEBRUARY 11, 2011 | EDITOR: JANE WOOLDRIDGE jwooldridge@MiamiHerald.com | 305-376-3629 H1

REAL ESTATE

# Home sales climb in Miami-Dade

■ **Home sales increased in Miami-Dade County during the fourth quarter of 2010, but sales fell in Broward County, and prices were down nearly across the board.**

BY TOLUSE OLORUNNIPA
tolorunnipa@MiamiHerald.com

More homes and condominiums sold in Miami-Dade County during the fourth quarter of last year than in any three-month span in the last three years, according to a report released Thursday by the Miami Association of Realtors.

The county had 4,740 existing home sales between Oct. 1 and Dec. 31, an increase of 29 percent over the same period in 2009, and the 10th consecutive quarter of increasing sales.

"The unusually harsh winter season experienced by most other states is benefitting South Florida, as we see increased interest from U.S. buyers looking for moderate weather and an exciting lifestyle," Jack H. Levine, chairman of the Miami Association of Realtors, said in a statement. "International buyers continue to take advantage of increased affordability enhanced by the weak U.S. dollar and world-class ambiance and amenities."

Still, the general market has a long journey back to full recovery. Homes are selling at prices reminiscent of 2002, and even those prices could not motivate buyers in Broward County, where sales slipped 14.4 percent in the fourth quarter to 4,354.

Median prices for single-family homes in Miami-Dade fell 6 percent to $177,700, and condo prices plunged to $103,500, a 29 percent drop from the same period in 2009. In Broward County, median prices for single-family homes were $206,700. Condos in Broward are considerably cheaper – $69,000 for the average unit, down from 2009.

Despite the falling prices, signs point to better days ahead for South Florida's housing market. More homes sold in South Florida in 2010 than during 2006, the height of the real estate boom. That's far different from the national market, which has yet to return to mid-decade sales levels.

Also, the number of homes on the South Florida market, which has been at historic highs during the recession, is continuing to shrink. Inventory fell 11 percent in Miami-Dade and 8.2 percent in Broward in the fourth quarter. South Florida's glut of homes for sale has been whittling down since the recession began, falling from about 75,000 homes in mid-2008 to less than 40,000 today.

"Basic supply and demand economics will tell you that as the supply drops and the demand stays the same or increases, you can see there's going to be a healthier market overall," said Beth Butler, president of ONE Sotheby's Realty.

AVIATION