UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: CASE NO. 10-36992-BKC-AJC

GARY DAVID GRUENBERG and
SYLVIE GRUENBERG,

Debtors.

_____________________________/

* * * EXCERPT OF PROCEEDINGS * * *

MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY WILLIAMS ISLAND PROPERTY OWNERS ASSOCIATION FILED BY DEBTOR GARY DAVID GRUENBERG, JOINT DEBTOR SYLVIE GRUENBERG (32); RESPONSE (36)

EVIDENTIARY HEARING

March 3, 2011

The above-entitled cause came on for hearing before the HONORABLE A. JAY CRISTOL, one of the judges of the UNITED STATES BANKRUPTCY COURT, in and for the SOUTHERN DISTRICT OF FLORIDA, at 51 Southwest 1st Avenue, Miami, Dade County, Florida on March 3, 2011, commencing at or about 3:00 p.m, and the following proceedings were had:

Reported By: Bonnie Tannenbaum

APPEARANCES:

GARY GRUENBERG, PRO SE DEBTOR

PETER SPINDEL, P.A., by
PETER SPINDEL, ESQUIRE
On behalf of Williams Island Property Owners Association

SIEGFRIED RIVERA LERNER DE LA TORRE & SOBEL, P.A., by
JEFFREY S. BERLOWITZ, ESQUIRE
On behalf of 1000 Islands Boulevard Condominium Association

_ _ _ _ _ _

* * * EXCERPT OF PROCEEDINGS * * *

THE COURT: The Court is not impressed with the alleged expert testimony of the respondents. I'm not even sure that the testimony should have been allowed, because I believe the law provides that a registered real estate broker may testify as to value, but not a salesperson.

But notwithstanding the fact that we allowed the testimony, the Court was not impressed by it. I think that the entity out there that has no dog in this fight is the property appraiser, and if you take the property appraiser's value of $210,000, and you up it by the normal 15 percent that's allowed, the value comes out somewhere around 240, 250,000, which is what the market probably is today.

What I don't understand is where we're going here, because if we take this -- you look at the affidavit, back in 2009, there was 400,000, plus 32,000, plus 5,000, that's 437,000, and then you add another 30 or 40,000 in interest since then, the property is in debt up to around probably 490,000 or 480,000. Even if we took the 470,000 out-of-the-sky figure that's presented, the property is still under water.

So there's nothing left for the

associations, except that if the property is foreclosed, under the new law, it used to be you got six months maintenance, and now I think you get 12 months maintenance, isn't that what the new law is? So I don't know why we're having this hearing. It seems like a waste of everyone's time.

In any event, the Court will -- the purpose of the hearing was a valuation hearing, and the Court will prepare an order determining a valuation somewhere between the 240 and the $280,000 range is what appears to be appropriate under these circumstances, and then the matter can go back to Chapter 13, and the property can be preserved and the lien stripped, that's what may happen.

But otherwise if there's anything else anyone wishes to bring up at this point, I'll hear you before we adjourn.

MR. SPINDEL: No, Judge, I don't have anything further.

THE COURT: Mr. Berlowitz.

MR. BERLOWITZ: Judge, if you're not accepting my evidentiary argument, then I have nothing further. That was my purpose today, because I was well aware of the --

THE COURT: As I say --

MR. BERLOWITZ: -- first --

THE COURT: -- the evidence on both sides was rather strained. The most interesting evidence, I think, came from the property appraiser, who, as I say, doesn't have a dog in this fight, but Mr. Gruenberg started out with a pleading $30,000 above the property appraiser, but even that doesn't, unfortunately, from your client's point of value, help very much.

So, in any event, the Court will prepare an order in due course, and thank you all for your presentations here today.

MR. BERLOWITZ: Thank you, Judge.

MR. SPINDEL: Thank you, Judge.

MR. GRUENBERG: Thank you, Judge.

(Thereupon, the hearing was concluded.)

CERTIFICATION

State of Florida:
County of Dade:

I, BONNIE TANNENBAUM, Shorthand Reporter and Notary Public in and for the State of Florida at Large, do hereby certify that the foregoing proceedings were taken before me at the date and place as stated in the caption hereto on Page 1; that the foregoing computer-aided transcription is a true record of my stenographic notes taken at said proceedings.

WITNESS my hand this 14th day of March, 2011.

________________________________

BONNIE TANNENBAUM
Court Reporter and Notary Public
in and for the State of Florida at Large
Commission Number: DD 968452
Expires: June 22, 2014