**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

Case No. 10-36992-AJC
Chapter 13

GARY GRUENBERG,
SSN: xxx-xx-8177
SILVIE GRUENBERG,
SSN: xxx-xx-5436

Debtors.
_______________________________________/

**WILLIAMS ISLAND PROPERTY OWNERS' ASSOCIATION, INC.'S SECOND AMENDED OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN AND RESERVATION OF RIGHTS**

**WILLIAMS ISLAND PROPERTY OWNERS' ASSOCIATION, INC.** (**"Williams Island"**), its successors and/or assigns, a fully secured creditor, pursuant to 11 U.S.C. §§ 502, 1322 and 1325, Fed.R.Bankr.P. 3015, and Local Rule 3015-3(B)(1), objects to confirmation of Debtor's 5th Amended Chapter 13 plan [DE#87] (the "Plan"), reserves its rights, and would show:

1. Williams Island filed Claim No. 13 on October 31, 2010 (the "Claim"), stating arrearages in the sum of $33,519.67, and a regular continuing post-petition association maintenance payment of $644.75 per month.

2. Williams Island's arrearage claim has been reclassified as unsecured pursuant to the Order Granting Debtor's Motion to Value and Determine Secured Status of Lien on Real Property Held by Williams Island Property Owners' Association, Inc. [ECF No. 71].

3. Therefore, Williams Island's secured claim is limited to all sums due post-petition for regular continuing post-petition association maintenance payments (the "Post-Petition Payments") in the amount of $644.75 per month as set forth on page 2 of the Claim.

4. Since this case was commenced on September 9, 2010, as the date of this

Objection the Debtor owes Williams Island 9 months of Post-Petition Payments totaling $5,802.75 not including late charges.

5. The Plan alleges that the Post-Petition Payment is $444.00 while the Claim states the actual monthly payment due in the amount of $644.75. The Plan fails to pay Williams Island all post-petition sums due.

6. The Plan contravenes §§ 1322(b)(11) and 1325(a)(1) as it contains provisions inconsistent with the provisions of Chapter 13 of Title 11.

7. Upon information and belief, the Plan contravenes § 1325(a)(4) as the dividend to be paid to the allowed unsecured claimants is less then that which would be paid to them if Debtor's estate were liquidated under Chapter 7 of the Bankruptcy Code on the effective date of the Plan.

8. Williams Island reserves its right to amend its Objection at any time prior to or at the hearing on confirmation of Debtor's Plan.

9. Williams Island reserves its rights to file amendments to its proof of claim or a Notice of Payment Change resulting from post-petition changes in the regular continuing monthly maintenance and periodic assessments payments occurring in the amounts due thereupon during pendency of this case.

**WHEREFORE,** Williams Island objects to confirmation of Debtor's Plan, and respectfully requests that this Honorable Court deny confirmation of the Plan and provide it with such other and further relief as deemed just and equitable.

Certificate of Admission

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

/s/ Peter Spindel
PETER SPINDEL
Florida Bar No. 0816183
Attorney for Williams Island, POA
Peter Spindel, Esq., PA
P.O. Box 166245
Miami, Florida 33116-6245
Telephone: (786) 517-4229
email: peterspindel@gmail.com

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true copy of the foregoing was served on all CM/ECF registered users via Notice of Electronic Filing and by regular first class United States mail, postage fully prepaid, on all other interested parties as indicated on the attached service list on June 23, 2011.

/s/ Peter Spindel
PETER SPINDEL, ESQ.

*Via NEF*:

10-36992-AJC Notice will be electronically mailed to -

Nancy N Herkert
e2c8f01@ch13herkert.com

Karen A Maxcy on behalf of Creditor Litton Loan Servicing
bkmail@prommis.com, km5@mccallaraymer.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Recovery Management Systems Corp (RS)
claims@recoverycorp.com

Peter D Spindel on behalf of Creditor Williams Island Property Owner's Association, Inc.
peterspindel@gmail.com

*By USPS Mail*:

Gary David Gruenberg
1000 W Island Blvd #1009
Aventura, FL 33160

Sylvie Gruenberg
1000 W Island Blvd #1009
Aventura, FL 33160

3423.1001
\gabl\gruenberg3.obj